IN THE UNITED STATES DISTRICT Court
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEIDI CISSNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2141-CM-JTR |
| ) | |
| JO ANNE BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in connection with the court-related representation of plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $3,049.50. The parties also agree, and the court finds, that plaintiff should be reimbursed for costs of $250.00 from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, plaintiff is granted attorney's fees under the EAJA in the amount of **$3,049.50.**

IT IS FURTHER ORDERED THAT, plaintiff is awarded costs of **$250.00** to be paid from the Judgment Fund administered by the Treasury Department.

IT IS SO ORDERED.

Dated this 3rd day of January, 2007.

s/ Carlos Murguia
CARLOS MURGUIA
United States District Judge